



February 10, 2019

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

Re: Genedics, LLC v. META Company (Case no. 17-1062-CJB)

To Whom It May Concern:

Meta Company requests that the Court vacate the default judgment that was handed down on January 29, 2019 Unfortunately, at that time, Meta's assets were in the process of being sold, the company was initiating its dissolution process and was therefore unable to retain counsel. Within the next 45 days, Meta will have the resources to do so and it is extremely important for us to defend against what we consider to be a completely unjustified claim against us.

Sincerely,

John Sines
Chief Financial Officer
Meta Company

j.sines@metavision.com
(650) 274-23030

Meta Company    980 South Amphlett Blvd., San Mateo, CA  94402

Meta Company
980 So. Amphlett Blvd
San Mateo CA
94402

Re CASE # 17-1062-CJB

Office of the Clerk
United States District Court
844 North King St., Unit 18
Wilmington, DE
19801-3570

U.S.M.S. X-RAY

FILED
FEB 19 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE