# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GENEDICS, LLC,** | ) | |
| | ) | **Case No. 1:17-CV-01062-VAC-CJB** |
| PLAINTIFF, | ) | |
| v. | ) | **PATENT CASE** |
| | ) | |
| **META COMPANY,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| DEFENDANT. | ) | |

## PROPOSED ORDER

**AND NOW**, to-wit, this ____ day of _____, 2019, upon consideration of Defendant's letter request "motion" to vacate default against Meta Company and Plaintiff's response thereto, it is hereby ORDERED that that Meta's letter request to vacate the Court's January 29, 2019 Order and the Clerk's entry of default against Meta is **DENIED**.

_____
UNITED STATES MAGISTRATE JUDGE